# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No: 08-cr-344(03) |
| Kendrick Ledelle Dotstry | ) |
| | ) USM No: 09196-041 |
| Date of Original Judgment: 10/08/2009 | ) |
| Date of Previous Amended Judgment: | ) Pro se |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☒ DENIED. ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____ Amended Total Offense Level: _____
Criminal History Category: _____ Criminal History Category: _____
Previous Guideline Range: _____ Amended Guideline Range: _____

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE
☐ The reduced sentenced is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

### II. ADDITIONAL COMMENTS
Defendant's original Guideline range of 120 months was set by the applicable mandatory minimum. See U.S.S.G. § 5G1.1(b) ("Where a statutorily required minimum sentence is greater than the maximum of the applicable guideline range, the statutorily required minimum sentence shall be the guideline sentence."). Defendant is not eligible a sentence reduction under the Fair Sentencing Act because his Guideline range remains 120 months. See United States v. Baylor, 556 F.3d 672, 673 (8th Cir. 2009) ("A district court does not have the authority to grant a § 3582(c)(2) sentencing reduction if the relevant Guidelines amendment does not [reduce] the defendant's applicable Guidelines range.").

Except as otherwise provided, all provisions of the judgment dated \_\_\_10/08/2009\_\_\_ shall remain in effect.

**IT IS SO ORDERED.**
Order Date: 2-22-12

*Judge's signature*

Effective Date: _____ Chief Judge Michael J. Davis, U.S. District Court
*(if different from order date)* *Printed name and title*