# UNITED STATES DISTRICT COURT
for the

District of Minnesota

| | |
|---|---|
| United States of America<br>v.<br>Christopher Lamont Vaughn | )<br>)<br>) Case No: 08-cr-344(2) (MJD/JJG)<br>)<br>) USM No: 14252-041 |
| Date of Original Judgment: 10/08/2009 | )<br>) |
| Date of Previous Amended Judgment:<br>*(Use Date of Last Amended Judgment if Any)* | ) Katherine Menendez<br>*Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____120 months_____ months **is reduced to** _____86 months_____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 31          Amended Total Offense Level: 27
Criminal History Category: V          Criminal History Category: V
Previous Guideline Range: 168-210 months          Amended Guideline Range: 120-150 months

### II. SENTENCE RELATIVE TO THE AMENDED GUIDELINE RANGE
☐ The reduced sentenced is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a substantial assistance departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ The reduced sentence is above the amended guideline range.

### II. ADDITIONAL COMMENTS

Except as otherwise provided, all provisions of the judgment dated _____10/08/2009_____ shall remain in effect.

**IT IS SO ORDERED.**
Order Date: April 9, 2012          *Judge's signature*

Effective Date: _____          Michael J. Davis, Chief Judge, D. Minn.
*(if different from order date)*          *Printed name and title*